**BROCK & GONZALES, LLP**
6701 CENTER DRIVE WEST,
STE. 610
LOS ANGELES, CA 90045
Tel:  (310) 294-9595
Fax: (310) 961-3673
D. AARON BROCK, STATE BAR NO. 241919
ab@brockgonzales.com
CHRISTOPHER P. BRANDES, STATE BAR NO. 282801
cb@brockgonzales.com
SEAN T. COOK, STATE BAR NO. 318952
sc@brockgonzales.com
**Attorneys for Plaintiff**
CAROLYN GRAY

**JS-6**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLYN GRAY, an individual,<br><br>Plaintiff,<br><br>v.<br><br>HOME DEPOT, U.S.A., INC., a Delaware Corporation,<br><br>Defendants | **CASE NO: 2:18-cv-10525-JFW-JCx**<br><br>Assigned to: DISTRICT JUDGE JOHN F. WALTER<br><br>**ORDER GRANTING JOINT STIPULATION FOR DISMISSAL OF ACTION** |

**TO THE INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD**:

On August 2, 2019, the parties jointly submitted a Stipulation for Dismissal with Prejudice to the Court.

Accordingly, the instant matter is dismissed with prejudice, each party to bear its own respective costs, including attorneys' fees and other litigation expenses.

**IT IS SO ORDERED.**

DATED:  August 5, 2019

_____
United States District Judge John F. Walter